UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AUDRIE PEREZ,<br>　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　Defendant. | )<br>)<br>)<br>)   Civil No. 11-244-P-T<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S SUR-REPLY TO PLAINTIFF'S REPLY MEMORANDUM

The defendant, Michael J. Astrue, the Commissioner of Social Security (Commissioner), rests on the arguments set forth in his response to Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act. The Commissioner writes solely to reply to Plaintiff's characterization in her Reply Memorandum of the Commissioner's position in another case, Pearson v. Soc. Sec. Comm'r., No. 11-cv-252, 2012 WL 556257 (D. Me. Feb. 17, 2012) (Rec. Dec. on App. for Atty. Fees) (Kravchuk, Mag. J.) (aff'd. Mar. 12, 2012). Plaintiff contends that the Commissioner's position in Pearson was that "a paralegal rate of $90.50 per hour was the reasonable rate." Pl.'s Reply at 5. In fact, the Commissioner argued in the Pearson case that $75.00 was the reasonable hourly rate for paralegal fees. See Pearson, slip op. at 4 ("The Commissioner .... argues that $75 per hour is a more reasonable [paralegal] rate, and allows that, at the very most, the paralegal rate should not exceed one-half of the EAJA attorney rate."). Contrary to Plaintiff's characterization, the Commissioner argued in Pearson that $75 per hour is the reasonable rate for paralegal fees while maintaining that if the Court found a higher hourly rate justified, the hourly rate for paralegal fees should not exceed $90.25, or one-half of the hourly attorney rate.

                                Respectfully submitted,

                                MICHAEL J. ASTRUE
                                Commissioner of Social Security

                                By His Attorneys:

                                THOMAS E. DELAHANTY II
                                United States Attorney

                                **/s/ Sean D. Santen**
                                Special Assistant U.S. Attorney
                                Social Security Administration
                                Office of the General Counsel
                                JFK Federal Building, Room 625
                                Boston, MA 02203
                                (617) 565-4280
March 19, 2012                    sean.santen@ssa.gov


## CERTIFICATE OF SERVICE

      I hereby certify that on March 19, 2012, I electronically filed Defendant's Sur-Reply to Plaintiff's Reply Memorandum with the Clerk of Court using the CM/ECF system. Notification of such filing will be sent to the following:

Francis M. Jackson, Esq.
JACKSON & MacNICHOL
mail@jackson-macnichol.com

                                **/s/ Sean D. Santen**
                                Special Assistant U.S. Attorney
                                Social Security Administration
                                Office of the General Counsel
                                JFK Federal Building, Room 625
                                Boston, MA 02203
                                (617) 565-4280
                                sean.santen@ssa.gov

Dated: March 19, 2012